IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DEREK RAWLINGS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:15-cv-02169-TLP-tmp |
| v. ) | |
| ) | JURY DEMAND |
| GARRY ARNOLD, KENNETH BOYKIN, ) | |
| AND KEELEY GRAY, ) | |
| ) | |
| Defendants. ) | |

## VERDICT FORM

I. **GARRY ARNOLD**

(1A) Did Plaintiff prove by a preponderance of the evidence that GARRY ARNOLD intentionally committed an act, under color of state law, that violated Plaintiff's Fourteenth Amendment right not to be subjected to excessive force?

Answer: Yes_____ No ✓

*If you answered "yes" to (1A), proceed to (1B).*

(1B) Were GARRY ARNOLD's actions reasonable under the circumstances and, therefore, entitled to qualified immunity as explained in the Court's instructions to the Jury?

Answer: Yes_____ No _____

*If you answered "yes" to (1A) and "no" to (1B), proceed to part (2). Otherwise, please stop and proceed to (5A).*

    (2) Did GARRY ARNOLD's act, described in (1A) above, cause injury to Plaintiff?

              Answer: Yes _____ No _____

*If you answered "yes" to part (2), proceed to part (3A), and skip part (3B).*

*If you answered "no" to part (2), skip part (3A) and proceed to part (3B).*

    (3A) Please state the amount that will fairly compensate Plaintiff for any injury he actually sustained as a result of GARRY ARNOLD's conduct.

              Answer: $ _____

    (3B) Because we answered "No" to Part (2), Plaintiff is awarded nominal damages in the amount of $ 1.00.

*After answering part (3A), proceed to part (4A).*

    (4A) Did GARRY ARNOLD act intentionally or maliciously in violating Plaintiff's rights?

              Answer: Yes _____ No _____

*If you answered "yes" to part (4A), proceed to part (4B). Otherwise, please stop.*

(4B) Do you award punitive damages against GARRY ARNOLD?

Answer: Yes _____ No _____

If yes, in what amount?

Answer: $ _____

## II. KENNETH BOYKIN

(5A) Did Plaintiff prove by a preponderance of the evidence that KENNETH BOYKIN intentionally committed an act, under color of state law, that violated Plaintiff's Fourteenth Amendment right not to be subjected to excessive force?

Answer: Yes_____ No ✓____

*If you answered "yes" to (5A), proceed to (5B).*

(5B) Were KENNETH BOYKIN's actions reasonable under the circumstances and, therefore, entitled to qualified immunity as explained in the Court's instructions to the Jury?

Answer: Yes_____No _____

*If you answered "yes" to (5A) and "no" to (5B), proceed to (6). Otherwise, please stop and proceed to (9A).*

(6) Did KENNETH BOYKIN's act, described in (5A) above, cause injury to Plaintiff?

Answer: Yes _____ No _____

*If you answered "yes" to part (6), proceed to part (7A), and skip part (7B).*

*If you answered "no" to part (6), skip part (7A) and proceed to part (7B).*

4

(7A) Please state the amount that will fairly compensate Plaintiff for any injury he actually sustained as a result of KENNETH BOYKIN's conduct.

Answer: $ _____

(7B) Because we answered "No" to Part (6), Plaintiff is awarded nominal damages in the amount of $ 1.00.

*After answering part (7A), proceed to part (8A).*

(8A) Did KENNETH BOYKIN act intentionally or maliciously in violating Plaintiff's rights?

Answer: Yes _____ No _____

*If you answered "yes" to part (8A), proceed to part (8B). Otherwise, please stop, sign, and date this form.*

(8B) Do you award punitive damages against KENNETH BOYKIN?

Answer: Yes _____ No _____

If yes, in what amount?

Answer: $ _____

5

## III. KEELY GRAY

(9A) Did Plaintiff prove by a preponderance of the evidence that KEELY GRAY intentionally committed an act, under color of state law, that violated Plaintiff's Fourteenth Amendment right not to be subjected to excessive force?

Answer: Yes_____ No ✓

*If you answered "yes" to (9A), proceed to (9B).*

(9B) Were KEELY GRAY's actions reasonable under the circumstances and, therefore, entitled to qualified immunity as explained in the Court's instructions to the Jury?

Answer: Yes_____ No _____

*If you answered "yes" to (9A) and "no" to (9B), proceed to (10). Otherwise, please stop, sign and date this form, and return it as instructed by the court.*

(10) Did KEELY GRAY's act, described in Part (9A) above, cause injury to Plaintiff?

Answer: Yes _____ No _____

6

*If you answered "yes" to part (10), proceed to part (11A), and skip part (11B).*

*If you answered "no" to part (10), skip part (11A) and proceed to part (11B).*

(11A) Please state the amount that will fairly compensate Plaintiff for any injury he actually sustained as a result of KEELY GRAY's conduct.

Answer: $ _____

(11B) Because we answered "No" to Part 10, Plaintiff is awarded nominal damages in the amount of $ 1.00.

*After answering part (11A), proceed to part (12A).*

(12A) Did KEELY GRAY act intentionally or maliciously in violating Plaintiff's rights?

Answer: Yes _____ No _____

*If you answered "yes" to part (12A), proceed to part (12B). Otherwise, please stop.*

(12B) Do you award punitive damages against KEELY GRAY?

Answer: Yes _____ No _____

If yes, in what amount?

Answer: $ _____

_____          _7/24/19_____
PRESIDING JUROR                   DATE