# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DEREK RAWLINGS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 2:15-cv-02169-TLP-tmp |
| v. | ) |
| | ) |
| GARRY ARNOLD, KENNETH BOYKIN, | ) |
| AND KEELEY GRAY, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT**.  This action came before the Court on Plaintiff's pro se Complaint, filed on March 9, 2015, seeking a trial by jury.  (ECF No. 1.)  The Plaintiff claimed that Defendants violated his constitutional rights.  The issues were tried before a jury from July 23, 2019 to July 24, 2019.  (ECF Nos. 42, 46.)  After hearing the evidence submitted, the Jury returned a verdict in favor of the Defendants.  (ECF No. 49.)  The Court confirmed the verdict by polling the individual jurors.  (ECF No. 46.)

**IT IS ORDERED, ADJUDGED, AND DECREED** in accordance with the jury verdict rendered on July 24, 2019, judgment is hereby entered in favor of Defendants, Garry Arnold, Kenneth Boykins and Keeley Gray, and against Plaintiff, Derek Rawlings, thereby **DISMISSING THIS CASE WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

July 30, 2019
Date